# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00436-SI-1 |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE |
| CHARLES EUGENE PAINTER, | |
| Defendant. | |

SIMON, United States District Court Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by five years of supervised release. The court imposes the following special conditions of supervised release: the defendant will be placed on home confinement for a period of six months. While on home confinement, the defendant shall be placed on location monitoring and follow the restrictions of the location monitoring program, as directed by his probation officer. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community, and that this sentence reduction is consistent with

any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __16th__ day of July, 2021.

/s/ Michael H. Simon
Hon. Michael H. Simon
United States District Judge

Submitted by:

*s/ Elizabeth G. Daily*
Elizabeth G. Daily
Assistant Federal Public Defender

*s/ Amy Potter*
Amy Potter
Assistant U.S. Attorney